Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-405-440**
**Effective Date of Registration:**
July 05, 2024
**Registration Decision Date:**
July 26, 2024

## Title

**Title of Work:** Searching

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** September 26, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Thomas Fedro
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Thomas Fedro
463 Pine Lake Circle, Vernon Hills, IL, 60061, United States

## Rights and Permissions

**Name:** Thomas Fedro
**Email:** fidostudio@comcast.net
**Address:** 463 Pine Lake Circle
Vernon Hills, IL 60061 United States

## Certification

**Name:** David Denholm
**Date:** July 05, 2024
**Applicant's Tracking Number:** TF2024070508



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-405-438**

**Effective Date of Registration:**
July 05, 2024

**Registration Decision Date:**
July 26, 2024

## Title

**Title of Work:** Mrs. Brightside

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** June 25, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Thomas Fedro
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Thomas Fedro
463 Pine Lake Circle, Vernon Hills, IL, 60061, United States

## Rights and Permissions

**Name:** Thomas Fedro
**Email:** fidostudio@comcast.net
**Address:** 463 Pine Lake Circle
Vernon Hills, IL 60061 United States

## Certification

**Name:** David Denholm
**Date:** July 05, 2024
**Applicant's Tracking Number:** TF2024070506

