**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

THOMAS FEDRO,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-11719

Judge Matthew F. Kennelly

Magistrate Judge Keri L. Holleb Hotaling

**AMENDED SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | bohemianplus.com |
| 2 | vicmalee.com |
| 3 | baeswimsuit.com |
| 4 | trendynewlook.com |
| 5 | lulavibes.com |
| 6 | knowfashionstyle.com |
| 7 | woloong.com |
| 8 | goosudu.com |
| 9 | emogogo.com |
| 10 | aiertu.com |
| 11 | hnear.com |
| 12 | lanopal.com |
| 13 | fnooo.com |
| 14 | hokykm.com |
| 15 | chicurb.com |