**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

THOMAS FEDRO,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-11719

Judge Matthew F. Kennelly

Magistrate Judge Keri L. Holleb Hotaling

**DECLARATION OF THOMAS FEDRO**

I, THOMAS FEDRO, declare and state as follows:

1. This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2. I am the artist that creates all the Thomas Fedro Works. I make this declaration from matters within my knowledge save where otherwise stated.

3. I am a Chicago-land based painter and sculptor who creates urban abstract and pop art with bright colors, big features, and bold lines. My creative and playful artworks incorporate pop art collage and whimsical portraiture that appear electrically charged and have an addictive rhythm all their own. I have been drawing since I was a child, when I used to copy all the cartoons from the Sunday paper. After attending Valparaiso University and the Illinois Institute of Art, I worked as a computer graphics specialist for IBM and then creative director for an ad agency. During this time I started painting my own works and selling them online until I was able to become a full-time artist in 2000. I am now

represented by galleries in both the United States and Europe, and have completed recent commissions for the Broadway show "Rent", the 40th Anniversary of "The Second City," NBC Television, Toogood Wineries, Sweet Riot Candy Co., Amano Chocolates, and Chicago's "Cows on Parade." My corporate commissions include pieces for IBM, Hotel Allegro in Chicago, Navy Pier, and Washburn Guitars. My original abstract art paintings, sculptures, and cubist art works hang in over 3,000 private and corporate art collections in over 15 countries world-wide.

4. I am the official source of products associated with the Thomas Fedro Works (the "Thomas Fedro Products"):




https://thomasfedro.com/collections/originals?filter.v.availability=1&&sort_by=price-descending

5. I am the owner of the copyright registrations for the Thomas Fedro copyrighted works, which are protected by United States Copyright Registration Nos. VA 2-405-440 and VA 2-405-438 (the "Thomas Fedro Works"). True and correct copies of the copyright registrations for the Thomas Fedro Works are attached hereto as **Exhibit 1**.

6. I control the quality of all materials and content that feature the distinctive Thomas Fedro Works.

7. Substantial time, money, and other resources have been expended in developing, advertising, licensing, and otherwise promoting the Thomas Fedro Works. As a result, the images are widely recognized and exclusively associated by consumers, the public, and the trade with my name.

8. The success of the Thomas Fedro Works has resulted in significant infringement of my copyrights. Consequently, an anti-pirating program has been implemented to investigate suspicious websites and online marketplace listings identified in proactive internet sweeps. Various marketplace listings have been identified on multiple platforms, including the internet stores identified in Amended Schedule A attached to the Complaint ("Defendant Internet Stores"), which were offering for sale, selling, and importing unauthorized versions of the Thomas Fedro Works to consumers in this judicial district and throughout the United States.

9. I am aware of investigations related to internet-based infringement of the Thomas Fedro Works. The investigations show that Defendants are using the Defendant Internet Stores to sell infringing Thomas Fedro Products from foreign countries such as China to consumers in the United States. I, or someone working under my direction, analyzed the Defendant Internet Stores and determined that infringing Thomas Fedro Products were

being offered for sale to the United States, including Illinois. The Defendants and their websites do not conduct business with me and do not have the right or authority to use the copyrights for any reason. True and correct copies of screenshot printouts showing the active Defendant Internet Stores reviewed are attached as **Exhibit 2**.

10. Monetary damages alone cannot adequately compensate me for the ongoing infringement because monetary damages fail to address the loss of control of and damage to my reputation, goodwill, and control over the nature of the derivative works made using my copyrighted material. Furthermore, monetary damages are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to my reputation and goodwill by acts of infringement.

11. My goodwill and reputation are irreparably damaged when the Thomas Fedro Works are used on unauthorized goods. I am further irreparably harmed by the unauthorized use of the Thomas Fedro copyrighted materials because infringers take away my ability to control the nature and quality of products bearing the Thomas Fedro Works and derivative works.

12. I am further irreparably damaged due to a loss of exclusivity. The copyright rights in the Thomas Fedro Works are meant to be exclusive rights.

13. The marketing and distribution of the Thomas Fedro Works and derivative works are aimed at growing and sustaining sales. When infringers use the Thomas Fedro Works without authorization, the exclusivity associated with the Thomas Fedro Works, as well as my reputation, are damaged and eroded, resulting in a loss of unquantifiable future sales.

14. Uncontrolled profiteering and pirating of the Thomas Fedro Works create the impression that the copyright rights associated with the Thomas Fedro Works may be

infringed with impunity. The Thomas Fedro Works are distinctive and signify to consumers that the products are authorized by me and are manufactured to my high-quality standards. When infringers use the Thomas Fedro Works on goods without authorization, the exclusivity of my products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the Thomas Fedro Works cannot be compensated for financially since it erodes my ability to monetize the Thomas Fedro Works.

15. I will suffer immediate and irreparable injury, loss, or damage if an *ex parte* Temporary Restraining Order is not issued in accordance with Federal Rule of Civil Procedure 65(b)(1).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 25, 2026.

Thomas Fedro

Thomas Fedro