**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Thomas Fedro

Plaintiff,

v.

Case No.: 1:26−cv−11719
Honorable Matthew F. Kennelly

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 26, 2026:

MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion to extend the temporary restraining order [20] is granted; the ex parte TRO entered on 10/19/2026 is extended through 11/16/2026. The telephonic preliminary injunction hearing set for 11/2/2026 is vacated and reset to 11/16/2026 at 8:50 AM. The following call−in number will be used for the hearing: 650−479−3207; access code 2305−915−8729. Motion for preliminary injunction is to be filed by 11/12/2026. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.